# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LOCS OF GLORY, LLC, et al., | ) |
| Plaintiffs, | ) Case Number: 4:25-CV-00472-JSD |
| v. | ) |
| ST. LOUIS DEVELOPMENT CORPORATION, et al., | ) |
| Defendant. | ) |

### PLAINTIFFS' MEMORANDUM FOR CLERK REGARDING FILING OF FIRST AMENDED COMPLAINT

COME NOW Plaintiffs and state that they are filing contemporaneously herewith their First Amended Complaint prior to any Defendants' filing of a responsive pleading, pursuant to Rule 15(a)(1)(B).

**KISTNER, HAMILTON, ELAM & MARTIN, LLC**

By: /s/ Elkin L. Kistner
Elkin L. Kistner                    #35287MO
Sean M. Elam                        #56112MO
1406 North Broadway
St. Louis, MO 63102
Telephone: (314) 783-9867
Facsimile: (314) 944-0950
E-mail: elkinkis@law-fort.com
E-mail: smelam@law-fort.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 12th day of June, 2025 via the Court's electronic filing system to all counsel of record.

/s/ Elkin L. Kistner